```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

MAY 11 2010
       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

09-CV-01202-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVARO CHAVEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | Case No. C09-1202-MJP-BAT <br> CR89-83-WD <br><br> **ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

The Court, having reviewed petitioner's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2), the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion for reduction of sentence (Dkt. No. 1) is DENIED and this action is DISMISSED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for the government, and to Judge Tsuchida.

DATED this __11__ day of ____May____, 2010.

_____
MARSHA J. PECHMAN
United States District Judge

ORDER DENYING MOTION FOR
REDUCTION OF SENTENCE
PAGE - 1